

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00160-CV

| | | |
|---|---|---|
| CTL/Thompson Texas, LLC | § | From the 431st District Court |
| | § | of Denton County (2010-60364-393) |
| v. | § | |
| | § | August 1, 2013 |
| Starwood Homeowner's Association, Inc. | § | Opinion by Justice Walker |

## JUDGMENT ON REMAND

This appeal is on remand from the Texas Supreme Court. This court has again considered the record on appeal in this case and holds that there was error in the trial court's judgment. We reverse the trial court's April 18, 2011 order denying CTL/Thompson Texas, LLC's motion to dismiss and remand this case to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Sue Walker